976

No. 595. SCHOFIELD ET AL. v. BENSON, SECRETARY OF AGRICULTURE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert W. Lishman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Herman Marcuse* for the Secretary of Agriculture, and *Reuben Hall* and *John W. Cragun* for the New England Milk Producers' Association et al., respondents.

No. 282, Misc. FORD v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 334, Misc. BURNETT v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 366, Misc. TRAYNHAM v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 436. BOWDEN v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 916;
No. 471. BARKER v. UNITED STATES, *ante,* p. 935;
No. 523. BLANCHARD v. WATSON, COMMISSIONER OF PATENTS, *ante,* p. 944; and
No. 229, Misc. HALL v. UNITED STATES, *ante,* p. 936. Petitions for rehearing denied.

No. 512. BEHR v. MINE SAFETY APPLIANCES CO. ET AL., *ante,* p. 942. Rehearing denied. MR. JUSTICE REED took no part in the consideration or decision of this application.